```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: May 16, 2018
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
:
KIRAN VUPPALA,                                                    :
:
                Plaintiff,                   :
:   17-cv-9068 (KBF)
        -v-                                             :
:   ORDER
SRG1, LLC, a New York limited liability                           :
company, d/b/a SCNIPPER'S QUALITY                                 :
KITCHEN, and ECONOMIC DEVELOPMENT                                 :
CORP., a New York corporation                                     :
:
                Defendants.                  :
:
------------------------------------------------------------------X

KATHERINE B. FORREST, District Judge:

        On Monday, May 14, 2018, the parties informed the Court that they have reached a settlement in principle.  Accordingly, this action is discontinued without costs to any party and without prejudice to restore the action to this Court's calendar if such an application is made not later than **Wednesday, June 13, 2018**.

        Any application to reopen **must** be filed by the above date; any application to reopen filed thereafter may be denied solely on that basis.

        All other dates and deadlines in this matter are ADJOURNED.

        The Clerk of Court is directed to terminate this action.

        SO ORDERED.

Dated:    New York, New York
           May 16, 2018

                                                      _____
                                                          KATHERINE B. FORREST
                                                          United States District Judge