# THE WEITZ LAW FIRM, P.A.

Bank of America Building<br>
18305 Biscayne Blvd., Suite 214<br>
Aventura, Florida 33160

June 16, 2018

<u>VIA CM/ECF</u>
Honorable Judge Katherine B. Forrest
United States District Court
Southern District of New York
500 Pearl Street – Courtroom 23B
New York, New York 10007

                Re:    **Vuppala v. SRG1, LLC, d/b/a Schnipper's Quality Kitchen, et al.**
                     **Case 1:17-cv-09068-KBF**

Dear Judge Forrest:

      The undersigned represents the Plaintiff in the above-captioned case matter.

      On May 16, 2015, an Order of Dismissal was signed by your Honor [D.E. 22] providing Plaintiff's counsel thirty (30) days within which to reopen this matter, should the settlement not be consummated.

      As of this date, the settlement funds have not been fully received. One payment has been made and the last payment is due in November 2018. Therefore, the undersigned respectfully requests that the Court grant a five (5) month extension, until December 13, 2013 to reopen this matter.

      The Court is advised that this is the Plaintiff's first request to extend the deadline to reopen in this matter. We have had computer problems for two days and needed to call a technician to help resolve major issues and were not able to file this letter before. Thank you for your attention to this matter.

                                            Yours very truly,

                                            By: /S/  B. Bradley Weitz
                                                B. Bradley Weitz, Esq. (BW9365)
                                                THE WEITZ LAW FIRM, P.A.
                                                Attorney for Plaintiff
                                                Bank of America Building
                                                18305 Biscayne Blvd., Suite 214
                                                Aventura, Florida 33160
                                                Telephone: (305) 949-7777
                                                Facsimile: (305) 704-3877
                                                Email: bbw@weitzfirm.com